**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| BOB TUKIN, ) | |
| *individually, and on behalf of* ) | |
| *all others similarly situated*, ) | |
|   ) | |
| Plaintiff, ) | |
| ) | Case No. 4:22-cv-00296-SEP |
| v. ) | |
| ) | |
| RESURGENT CAPITAL SERVICES, L.P., ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM AND ORDER

Before the Court is Plaintiff's motion for voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(2).  Doc. [11].  Defendant does not oppose the motion.  Doc. [12]. Because the Court finds that the terms of dismissal are proper,

**IT IS HEREBY ORDERED** that Plaintiff's motion for voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(2), Doc. [11], is **GRANTED**.

**IT IS FURTHER ORDERED** that this case is **DISMISSED without prejudice**. A separate order of dismissal shall be filed herewith.

Dated this 29th day of August, 2022.

_____
SARAH E. PITLYK
UNITED STATES DISTRICT JUDGE